No. 97–5641. SUMMERS v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 97–5642. SEYMORE v. SHAWVER & SONS, INC., ET AL. C. A. 10th Cir. Certiorari denied. 

No. 97–5645. GEASE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 97–5647. GARBER v. LOS ANGELES MUNICIPAL COURT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–5649. WISE v. McANINCH, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 97–5650. BREWER v. COMPTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5656. GARCIA v. OHIO; CALO v. OHIO; WHITE v. OHIO; RICHARD v. OHIO; and RICHARD v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97–5657. NORRIS v. JOHNSON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 97–5660. CRAIG v. LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 97–5668. COPPLE v. MECHEM FINANCIAL, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5672. KIT v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 97–5673. HIZBULLAHANKHAMON v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5676. TATUM v. LANHAM, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 97–5677. ARTEAGA v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.